UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                          Cr.

Freddie Adjei Asinor a/k/a
"Freddie Andrew Asinor"

PRAECIPE FOR WARRANT

The Clerk of said Court will issue warrant, an Indictment against the above-named defendant having been filed in the above-entitled cause on the 1st day of August, 2007.

This 1st day of August, 2007.

Respectfully submitted,

THOMAS P. COLANTUONO
United States Attorney

By: /s/ Alfred Rubega
Alfred Rubega
Assistant U.S. Attorney
Bar #2211
53 Pleasant Street
Concord, NH  03301
603-225-1552

Warrant Issued: _____