IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRANSMITTAL LETTER TO:  DATE: __9-12-07__

U.S. District Court the District of New Hampshire  USA vs __Freddie Asinor__
**ATTN: Clerks Office**
Warren B. Rudman, U.S. Courthouse  CASE NO: __07-3015 SKG__
55 Pleasant St., Rm #110
Concord, NH 03301-3941  YOUR DOCKET NO: __07-CR-162-01-SM__

Enclosed herein please find original/certified copies of the following:

1. ( ) Warrant of Arrest
2. ( ) Complaint
3. (✓) Financial Affidavit
4. (✓) Order appointing Federal Public Defender
5. ( ) CJA - Appointment of Counsel under CJA
6. ( ) Order setting bail
7. ( ) Appearance Bond
8. ( ) Release Order (three pages)
9. ( ) Report of Proceedings Before U. S. Magistrate
10. ( ) Appearance line of Counsel
11. ( ) Waiver of Preliminary Hearing
12. (✓) Waiver of Identity/~~Removal~~ Hearing
13. (✓) Detention Order
14. (✓) Commitment to Another District (AO 94)
15. ( ) Order directing defendant to appear in your district when notified
16. ( ) Copy of Docket Entries from this District
17. (✓) Other: __Medical Order__

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office.

Return to:

United States District Court
Attn: Stephen Davis, Clerks Office
101 W. Lombard Street
Room 4228  By:_____
Baltimore, MD 21201    Deputy Clerk

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE ____ V S ____ FOR ____ AT ____

LOCATION NUMBER: *(signature)*

PERSON REPRESENTED (Show your full name): **Freddie Asinor**

- [X] 1. Defendant—Adult
- [ ] 2. Defendant - Juvenile
- [ ] 3. Appellant
- [ ] 4. Probation Violator
- [ ] 5. Parole Violator
- [ ] 6. Habeas Petitioner
- [ ] 7. 2255 Petitioner
- [ ] 8. Material Witness
- [ ] 9. Other

DOCKET NUMBERS
Magistrate: **07-3015 JKG**
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): [X] Felony  [ ] Misdemeanor
**False Statements**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now:  ☐ Yes  [X] No  ☐ Am Self-Employed
- Name and address of employer: ____
- IF YES, how much do you earn per month? $ ____
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed? ☐ Yes [X] No
- IF YES, how much does your Spouse earn per month? $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**ASSETS / OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes [X] No
- RECEIVED: $ ____   SOURCES: ____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? [X] Yes ☐ No  IF YES, state total amount $ **1,000.00**
- *(note: "electrical Bill")*

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [X] Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - $5K — Ford Winstar
  - 230K — 4 Mayflower Ct, Balto, MD
  - 4K — 1999 Mercedes MClass-1999 M
  - 15K — Retirement Acct
  - 400 OK — Ford Explorer

**DEPENDENTS**
- MARITAL STATUS: Separated or Divorced [✓]
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: **Amanda (13)**

**OBLIGATIONS & DEBTS — DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| Creditors | Total Debt | Monthly Pmt |
|---|---|---|
| Student Loans | 100K | 200 |
| Cell Phone |  | 200 |
| Mort. | 180K | 2000 |
| Utilities |  | 1800 |
| Groceries |  | 200 |
| Auto Payment | 4K | 480 |
| Storage Fees |  | 150 |
| Auto Insurance |  | 200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): **9/11/07**

SIGNATURE OF DEFENDANT (PERSON REPRESENTED) ▶ *(signature)*

TELEPHONE NUMBER: (410) 486-7017
# (443) 226-5686 (C)

9-12-07

I HEREBY CERTIFY that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON, CLERK, U.S. DISTRICT COURT, DISTRICT OF MARYLAND
by ___S. Davis___ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. 07-3015SKG |
| FREDDIE ASINOR | * | |

\*\*\*\*\*\*\*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that it knows of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this _11th_ day of _September 2007_, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
SUSAN K. GAUVEY
UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify on 9-12-07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

Hearing/Trial Date:_____
Time_____ a.m./p.m.

c/d
9-11-07
SJO

U.S District Court 8/2007) Criminal Magistrate Forms: Counsel 503

(4)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

vs.     *

                                    Case No.   07-3015SKG

FREDDIE ASINOR     *

*******

## WAIVER OF RULE 5(c)(3) HEARINGS
### (Formerly Rule 40 Hearings)

I understand that in the _____ District of __New Hampshire__, charges are pending alleging violation of __False Statement__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

1. retain counsel or request the appointment of counsel if I am unable to retain counsel;
2. an identity hearing to determine if I am the person named in the charge;

*check one only*

[✓] **ALL CASES EXCEPT PROBATION AND SUPERVISED RELEASE CASES**

3. a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and
4. request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE CASES**

3. a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
4. a hearing under Rule 46(d), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

I HEREBY WAIVE MY RIGHT TO:

- [ ] an identity hearing
- [ ] a preliminary hearing
- [✓] an identity hearing and have been informed I have no right to a preliminary hearing
- [ ] an identity hearing but request a preliminary hearing be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_9-12-07_ / Defendant

___9/11/07___ Date     _____ Defense Counsel

U.S. District Court - Criminal Magistrate Forms - Removal Hearings 002 (Rev. 4/16/2002)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. 07-3015SKG |
| FREDDIE ASINOR | * | |

*******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Franklin Draper, AFPD_, and the Government was represented by Assistant United States Attorney _Harry Gruber_, it is

**ORDERED**, this _11th_ day of _September 2007_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
SUSAN K. GAUVEY
UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify on __9-12-07__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By _S. Davis_ Deputy

U.S. District Court (4/2000) Criminal Magistrate Forms. Detention 162



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *

vs.                           *       Case No. 07-3015SKG

FREDDIE ASINOR                *

*******

## ORDER OF COMMITMENT TO ANOTHER DISTRICT

**DOCKET NUMBER:**
District of arrest: 07-3015 SKG
District of offense: 07-CR-162-01-SM

**MAGISTRATE JUDGE CASE NUMBER:**
District of arrest: 07-3015 SKG
District of offense:

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON A/AN:**

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C. § 1001(a)(2)

**DISTRICT OF OFFENSE:** New Hampshire

**DESCRIPTION OF CHARGES:** False Statements

**CURRENT BOND STATUS:**

☐ Bail fixed at $_____ and conditions were not met

☐ Government moved for detention and defendant detained after hearing in District of Arrest

☑ Government moved for detention and defendant detained pending detention hearing in District of Offense

☐ Other (specify)

**REPRESENTATION:**

☐ Retained Own Counsel   ☑ Federal Defender Organization   ☐ CJA Attorney   ☐ None

Interpreter Required?   ☐ Yes   Language: _____   ☑ No

DISTRICT OF _Maryland_

TO THE UNITED STATES MARSHAL:

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____
SUSAN K. GAUVEY
UNITED STATES MAGISTRATE JUDGE

This commitment was received and executed as follows:

_____
Date Commitment Order Received

_____
Place of Commitment

_____
Date Defendant Committed

UNITED STATES MARSHAL

_____
Date

_____
BY: Deputy Marshal

I hereby attest and certify on __9-12-07__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

U.S. District Court (4/2000) Criminal Magistrate Forms: Removal Hearing 301                Page 2 of 2

URGENT! NEEDS EVALUATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * Case No. 07-3015SKG |
| FREDDIE ASINOR | * |

RECEIVED U.S. MARSHAL BALTIMORE MD
2007 SEP 11 P 4:00

\*\*\*\*\*\*

## ORDER FOR MEDICAL EVALUATION
## AND APPROPRIATE TREATMENT OF DETAINEE

The Defendant and/or counsel having reported that the Defendant suffers from the following conditions and/or has been prescribed the following medications: *High cholesterol — LIPITOR*

and the Court having the following additional concerns: *He has had in past several weeks he has had 2 blackout spells — loss of consciousness*

IT IS ORDERED that the United States Marshal and/or his contracting agencies:

1. Cause the Defendant to promptly receive an evaluation by an appropriate health care provider;

2. Cause the Defendant to receive care and treatment consistent with the standard of care for the illness(es) and/or condition(s) revealed by the evaluation;

3. Make appropriate records and reports concerning the above illnesses, conditions, and treatment, and, if requested, provide the same to the Court; and

4. Deliver a copy of this order to the personnel in charge of the Defendant at the place of detention.

_9/11/07_
Date

_/s/ Susan K. Gauvey_
SUSAN K. GAUVEY
UNITED STATES MAGISTRATE JUDGE

9-12-07

I hereby attest and certify on _____
that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _S. Davis_ Deputy

U.S. District Court (Rev. 10/10/2002) Criminal Magistrate Forms: Miscellaneous 604

c/d 9-11-07 sjo

⑦