FID# 136094

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.

Freddie Adjei Asinor a/k/a
"Freddie Andrew Asinor"

## WARRANT FOR ARREST

CASE NUMBER: 07-cr-162-01-SM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Freddie Adjei Asinor a/k/a Freddie Andrew Asinor
                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

**False Statements**

in violation of Title(s)  18  United States Code, Section(s)  1001(a)(2)

Janice G Bushock
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

8/2/07 Concord NH
Date and Location

Bail fixed at $ _____ by _____
                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

WARRANT EXECUTED

| DATE RECEIVED 8/2/07 | NAME AND TITLE OF ARRESTING OFFICER D/NH District | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/11/07 | 9/21/07 Date | |

This form was electronically produced by Elite Federal Forms, Inc.