UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 28 2007

**FILED**

UNITED STATES OF AMERICA

v.

Freddie Asiwor

CR. 07-CR-162-01-SM

## CONSENT TO PROCEED BEFORE
## UNITED STATES MAGISTRATE JUDGE

## ACCEPTANCE OF GUILTY PLEA IN A FELONY CASE

I, the defendant in the above-captioned criminal case, understand that I have a right to have a United States District Judge accept my guilty plea. I hereby waive that right and voluntarily consent to have Magistrate Judge James R. Muirhead conduct the Rule 11 colloquy and acceptance of a guilty plea. I also understand that the United States District Judge assigned to my case will preside over my sentencing.

Date: 9/28/07

_____
Defendant

Date: 9/28/07

_____
Counsel for Defendant

USDCNH-27 (5-99)